P.O. Box 480
Belton, Texas 76513



(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

# Shelley Coston
*Bell County Clerk*

August 26, 2015

Court of Appeals
3rd District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:  Court of Appeals Number:  03-15-00440-CV
      Trial Court Case Number:  74,283

Style:  Raymond Cox, Jr.;Tamesa Cox; and /or all occupants of 2208 Bellmont, Texas
       76504

Dear Sir:

Please take note a request for Designation of Clerk's Records was send to Mr. Michael
Brinkley on July 22, 2015 and I never got any request to prepare a records.
Today August 26, 2015 Mr. Brinkley called our Office asking how much it would cost to
prepare a Clerk's Record and I responded no request has been made as of today.
Mr. Brinkley stated he will make his request today by E-filing.

If you have any other questions, please feel free to contact me.

Sincerely yours;

SHELLEY COSTON
County Clerk
Bell County, Texas

By _____
Deputy Clerk

CC: Ms. Olga S. Panchenko
     Attorney at Law
     550 Westcott, Suite 560
     Houston, Texas 77707

Mr. Michael  Brinkley
Attorney at Law
P.O. Box 820711
Fort Worth, Texas 76182